IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| WILLIE SUE POWELL, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1-05-0012 |
| ) | Judge Haynes |
| PREMIER MANUFACTURING ) | |
| SUPPORT SERVICES, INC.; and PREMIER ) | |
| MANUFACTURING SUPPORT ) | |
| SERVICES LP OF TENNESSEE; and THE ) | |
| HARTFORD LIFE GROUP INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Plaintiff's motion for judgment on the record (Docket Entry No. 21) is **GRANTED**. Plaintiff is **AWARDED** forty-five thousand dollars ($45,000) in unpaid insurance benefits under the Defendants' ERISA plan. Plaintiff is also **AWARDED** prejudgment interest to be determined under Tennessee law and attorney fees and costs with the amount to be determined under federal law and Local Rules. The Defendant Hartford Life Insurance Company is deemed the real party of interest and is **ORDERED** to be joined as the Defendant by the Court under Fed. R. Civ. P. 19(a) to pay this judgment.

The Defendant Hartford Life Group Insurance Company's motion for judgment on the record (Docket Entry No. 22) is **DENIED**; and the Defendants Premier Manufacturing Support Services, Inc.'s; and Premier Manufacturing Support Services LP of Tennessee's joint motion for judgment on the record (Docket Entry No. 24) is **DENIED** as moot.

This Order constitutes the Final Judgment in this action.

It is so **ORDERED**.

**ENTERED** this the ___1st___ day of June, 2006.

WILLIAM J. HAYNES, JR.
United States District Judge